# IOWA COURT OF APPEALS

Rodasky, In re Marriage of .................. 16–1312    12/02/2016    Affirmed